David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

*Attorneys for Defendant IGT*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IGT, a Nevada Corporation,<br><br>Defendant. | Case No. 2:21-cv-01962-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, the Parties, by and through their undersigned counsel, hereby stipulate to and request that Defendant IGT have an extension of time to respond to Plaintiff ACRES 4.0's Complaint (ECF No. 2). This is the first request to extend time to respond to the Complaint. Defendant IGT was served with the Complaint on December 22, 2021, the current deadline to respond is January 12, 2022, and the Parties stipulate to and request a forty-five day extension, up to and including **February 28, 2022**.

There is good cause to grant the proposed extension to respond to the Complaint, due to conflicts that certain of IGT's counsel have experienced due to COVID-19, prior commitments in

///

///

1

1  other pending matters, and personal commitments over the holidays.

2  Dated: January 6th, 2022.                    Dated: January 6th, 2022.

**RICE REUTHER SULLIVAN &                  GARMAN TURNER GORDON LLP
CARROLL, LLP**

By: /s/ Anthony J. DiRaimondo            By: /s/ Eric R. Olsen
    David A. Carroll, Esq. (#7643)            Eric R. Olsen, Esq. (#5549)
    Anthony J. DiRaimondo, Esq. (#10875)       Jared M. Sechrist (#10439)
    Robert E. Opdyke, Esq. (#12841)            7251 Amigo Street, Suite 210
    3800 Howard Hughes Parkway, Ste 1200       Las Vegas, Nevada 89119
    Las Vegas, Nevada 89169

*Attorneys for IGT*                          -and-

**PERKINS COIE LLP**
Jerry A. Riedinger, Esq. (Pro Hac Vice)
Cory Owan, Esq. (Pro Hac Vice)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

*Attorneys for ACRES 4.0*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 7, 2022

2