LEIF R. SIGMOND, JR.
*Pro hac vice*
Email: lsigmond@bakerlaw.com
JENNIFER M. KURCZ
*Pro hac vice*
Email: jkurcz@bakerlaw.com
SCOTT A. SKILES
*Pro hac vice*
Email: sskiles@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
Telephone: (312) 416-6200
ALAINA J. LAKAWICZ
*Pro hac vice*
Email: alakawicz@bakerlaw.com
ROBERT P. LEESON
*Pro hac vice*
Email: rleeson@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

*NEVADA LOCAL COUNSEL LISTED IN SIGNATURE BLOCK BELOW*

*Attorneys for Defendant and Counterclaim Plaintiff IGT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACRES 4.0,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>IGT,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>Acres Manufacturing Company, John F. Acres,<br><br>    Counterclaim Defendants. | Case No.: 2:21-cv-01962-GMN-BNW<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENT TO AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |

Defendant/Counterclaim Plaintiff, IGT, by and through its counsel, hereby respectfully submits this Motion for Leave to File Supplement to Amended Answer, Affirmative Defenses, and Counterclaims (ECF No. 40) (the "Motion"). The Motion is made in accordance with LR IA 6-2 and LR 7-2(g) of the Local Rules of the District of Nevada. Plaintiff/Counterclaim Defendants, Acres 4.0, Acres Manufacturing Company, and John F. Acres (collectively, "Acres") have agreed to not oppose the Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

"A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." LR 7-2(g); *accord Steward v. CMRE Financial Services, Inc.*, 2:15-cv-00408-JAD-NJK, 2017 WL 4390102, at *4 (D. Nev. Sept. 28, 2017) (striking supplement because plaintiff did first obtain leave of court).

IGT's Amended Answer, Affirmative Defenses, and Counterclaims (ECF No. 40) ("IGT's Amended Answer") responds to Plaintiff's Complaint (ECF No. 7) and asserts multiple affirmative defenses and four counterclaims of infringement. Throughout IGT's Amended Answer, IGT cites to and links video/digital hyperlinks. However, it recently came to the attention of IGT and Acres that one of the hyperlinks, ECF No. 40-45, is no longer active. In order to correct the inactive hyperlink and maintain the record, IGT seeks to supplement the record with a supplemental pleading and accompanying exhibits. IGT proposes that for its video/digital exhibits (*i.e.*, ECF No. 40-37, -38A, -38B, -38C, -38D, -39, -40, -41, -43, -45, -48, -49, and -51), IGT will submit a file-stamped placeholder document along with a CD-ROM of the video/digital files to the clerk's office and file a Notice of Manual Filing to indicate that IGT made a physical submission inclusive of the CD-ROM.

Based on the above, IGT seeks leave of the Court to supplement IGT's Amended Answer. A proposed supplement is attached here as **Exhibit A**. There is good cause to permit the filing of the proposed supplement. First, the proposed supplement is a duplicate of the original pleading and contains identical exhibits, which include certain video/digital exhibits that the supplement seeks to provide in alternative CD-ROM format. Second, the primary purpose of the proposed

- 2 -

supplement is to provide the Court with the full record and not cause undue burden to the Court by requiring it to find any inactive hyperlinked video/digital file exhibits. Lastly, IGT made a good faith attempt to preserve the record by raising this issue with the Court as soon as it became aware of the inactive video/digital files. Accordingly, IGT submits that good cause exists to grant this Motion.

Dated: May 17th, 2022

/s/ Anthony J. DiRaimondo
LEIF R. SIGMOND, JR.
*Pro hac vice*
Email: lsigmond@bakerlaw.com
JENNIFER M. KURCZ
*Pro hac vice*
Email: jkurcz@bakerlaw.com
SCOTT A. SKILES
*Pro hac vice*
Email: sskiles@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
ALAINA J. LAKAWICZ
*Pro hac vice*
Email: alakawicz@bakerlaw.com
ROBERT P. LEESON
*Pro hac vice*
Email: rleeson@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

-and-

David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

*Attorneys for Defendant and Counterclaim Plaintiff IGT*

**IT IS SO ORDERED.**

Dated this __18__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**INDEX OF EXHIBITS**

| Exhibit No. | Title |
|---|---|
| A | IGT's Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff Acres 4.0's Complaint, with exhibits |