1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4
5
6
7
8
9
10
11
12
13
14

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IGT, a Nevada Corporation,<br><br>Defendant.<br>_____<br>IGT, a Nevada Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>ACRES 4.0, a Nevada Corporation; Acres<br>Manufacturing Company, a Washington<br>Corporation; and John Acres, an individual,<br><br>Counterdefendants. | Case No. 2:21-cv-01962-GMN-BNW<br><br>**(PROPOSED) STIPULATED<br>SCHEDULING ORDER** |

15      Pursuant to Fed. R. Civ. P. 26(f), Local Rule 26-1, and Local Patent Rule 1-3 et seq.,

16 Plaintiff-Counterdefendant Acres 4.0 and Counterdefendants Acres Manufacturing Company and

17 John Acres, by their attorneys, and Defendant-Counterclaimant IGT, by its attorneys, (collectively,

18 the "Parties") hereby stipulate and request that the following Proposed Scheduling Order be entered

19 by the Court in the above-captioned action.  The Parties filed a Proposed Stipulated Discovery Plan

20 and Scheduling Order on April 12, 2022.  *See* ECF No. 45.  During a May 24, 2022 hearing,

21 Magistrate Judge Weksler resolved disputes between the Parties concerning provisions of the

22 Proposed Stipulated Discovery Plan and Scheduling Order.  Magistrate Judge Weksler also

23 instructed the parties to submit a proposed schedule if the Parties could reach agreement.  *See* ECF

24 No. 76.  Pursuant to that instruction, the Parties submit the stipulated Proposed Scheduling Order

25 below.

26
27
28

| Event | IGT's Proposed Deadline |
|---|---|
| 1.   Fact Discovery Cut-Off | **February 23, 2023**<br><br>[291 days after first defendant answered on 2/28/2022 + 69 days for Acres to supplement NIC] |
| 2.   Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions<br><br>2(a). Disclosure of Supplemental Non-Infringement Contentions and LPR 1-9 Document Production | **April 12, 2022** [14 days after discovery-planning conference]<br><br>**June 21, 2022** (by June 10, 2022 Acres will make available its source code for inspection in New York) |
| 3.   Disclosure of Response to Invalidity and Unenforceability Contentions<br><br>3(a). Asserted Claims, and Infringement Contentions | **June 2, 2022** [per party agreement]<br><br>**August 5, 2022**<br>[45 days after Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions, which Acres served on April 12, 2022] |
| 4.   Exchange of Proposed Terms for Construction[1] | **September 6, 2022** [33 days later]^ |
| 5.   Exchange of Preliminary Claim Constructions and Extrinsic Evidence | **September 20, 2022** [14 days later] |
| 6.   Submit Joint Claim Constructions and Prehearing Statement | **October 4, 2022** [14 days later] |
| 7.   Opening Claim Construction Brief | **October 25, 2022** [21 days later] |
| 8.   Motions to Amend Pleadings/Parties | **November 23, 2022** [92 days to close of discovery]^ |
| 9.   Response to Claim Construction Brief | **November 15, 2022** [21 days after opening brief] |
| 10. Reply Claim Construction Brief | **November 22, 2022** [7 days later] |

---

[1] Acres intends to file a motion for leave to amend its Non-Infringement Contentions after IGT serves its "Identification of Asserted Claims and Infringement Contentions." Acres believes that this motion will impact the agreed schedule. IGT has not agreed to include Acres' motion in the schedule at this time because it believes any such motion would be premature at this stage of the case.

| Event | IGT's Proposed Deadline |
|---|---|
| 11. Claim Construction Tutorials, Hearing, and Order | **Tutorials and Hearing: January 20, 2023** [59 days later due to holidays]<br><br>**Order: March 21, 2023** [60 days later]<br><br>[Within 60 days after the Reply brief is filed, the Court will complete its Hearing, and issue its Order within an additional 60 days. If the Court is unable to issue its Order within 120 days after submission of the Reply brief, the Court may reset expert disclosure deadlines as requested by a party or stipulation.] |
| 12. Disclosure of Amended Contentions under LPR 1-18a and Opinion of Counsel Defense under LPR 1-18b | **April 20, 2023** [30 days after the Claim Construction Order]^ |
| 13. Opening Expert Disclosures | **May 22, 2023** [62 days after Claim construction Order issued by court]^ |
| 14. Rebuttal Expert Disclosures | **June 21, 2023** [30 days later] |
| 15. Expert Discovery Cut-Off | **July 21, 2023** [30 days after Rebuttal Expert Designations]^ |
| 16. Dispositive Motion Deadline | **August 21, 2023** [31 days after expert discovery closes]^ |

^Any deadlines scheduled to fall on a Saturday, Sunday, or holiday, were pushed to the next business day.

STIPULATED AND AGREED to this 9th day of June 2022.


**GARMAN TURNER GORDON LLP**

By: _____
Eric R. Olsen (#3127)
Jared M. Sechrist (#10439)
7251 Amigo Street, Ste 210
Las Vegas, NV 89119

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By:  */s/ Jennifer M. Kurcz*_____
David A. Carroll (#7643)
Anthony J. DiRaimondo (#10875)
Robert E. Opdyke (#12841)
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, NV 89169

**PERKINS COIE LLP**
Jerry A. Riedinger (*Pro Hac Vice*)
R. Tyler Kendrick (*Pro Hac Vice*)
Jessica J. Delacenserie (*Pro Hac Vice*)
Cory N. Owan (*Pro Hac Vice*)
1201 Third Avenue, Ste 4900
Seattle, WA 98101

*Attorneys for Plaintiff and
Counterdefendants*

**BAKER & HOSTETLER LLP**
Leif R. Sigmond, Jr. (*Pro Hac Vice*)
Jennifer M. Kurcz (*Pro Hac Vice*)
Scott A. Skiles (*Pro Hac Vice*)
One North Wacker Drive, Suite 4500
Chicago, IL 60606

Alaina J. Lakawicz (*Pro Hac Vice*)
1735 Market Street, Suite 3300
Philadelphia, PA 19103

*Attorneys for Defendant and
Counterclaimant*

## ORDER

IT IS ORDERED that ECF No. 82 is GRANTED.

IT IS FURTHER ORDERED that ECF No. 83 is GRANTED. Accordingly, the hearing set for 6/13/2022 is VACATED.

IT IS FURTHER ORDERED that ECF No. 45 is DENIED as moot.

**IT IS SO ORDERED**
**DATED:** 1:11 pm, June 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**