**GARMAN TURNER GORDON LLP**
ERIC R. OLSEN (Nevada Bar No. 3127)
Email: eolsen@gtg.legal
JARED M. SECHRIST (Nevada Bar No. 10439)
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

**PERKINS COIE LLP**
JERRY A. RIEDINGER (Admitted *Pro Hac Vice*)
Email: jriedinger@perkinscoie.com
R. TYLER KENDRICK (Admitted *Pro Hac Vice*)
Email: rkendrick@perkinscoie.com
JESSICA J. DELACENSERIE (Admitted *Pro Hac Vice*)
Email: jdelacenserie@perkinscoie.com
CORY OWAN (Admitted *Pro Hac Vice*)
Email: cowan@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

*Attorneys for Plaintiff and Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IGT, a Nevada Corporation, <br><br> Defendant. | Case No. 2:21-cv-01962-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR ACRES' RESPONSE TO IGT'S MOTION TO LIFT STAY AND IGT REPLY IN SUPPORT OF MOTION TO LIFT STAY** <br><br> **(FIRST REQUEST)** |
| IGT, a Nevada Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> ACRES 4.0, a Nevada Corporation; Acres Manufacturing Company, a Washington Corporation; and John F. Acres, an individual, <br><br> Counterdefendants. | |

Pursuant to LR IA 6-1 and LR IA 6-2, the Parties, by and through their undersigned counsel, hereby stipulate to and request that Plaintiff Acres 4.0 and Counterdefendants Acres Manufacturing Corporation and John F. Acres (collectively "Acres") have an extension of time to respond to Defendant IGT's Motion to Lift Stay (ECF No. 134).  This is the first request to extend time to respond to IGT's Motion to Lift Stay.  IGT filed its Motion to Lift Stay on March 24, 2023, and the current deadline to respond is April 7, 2023.  The Parties stipulate to and request a 7-day extension for Acres' response brief, up to and including April 14, 2023.

The Parties, by and through their undersigned counsel, hereby stipulate to and request that Defendant IGT have an extension of time to file its reply in support of its Motion to Lift Stay (ECF No. 134).  This is the first request to extend time to file a reply in support of IGT's Motion to Lift Stay.  IGT filed its Motion to Lift Stay on March 24, 2023.  Its current deadline to file a reply is April 14, 2023.  Assuming the Court grants Acres' requested extension to April 14, 2023, IGT's deadline to file a reply would be April 21, 2023.  However, the Parties stipulate to and request a 7-day extension for IGT's reply brief, up to and including April 28, 2023.

There is good cause to grant the proposed extensions for Acres to respond to IGT's Motion to Lift Stay and IGT to file its reply in support of its Motion to Lift Stay, due to the time required by the parties to resolve issues relating to access to certain confidential information, prior commitments in other pending matters and personal commitments.

DATED: April 3, 2023

/s/ *(signature)*

**GARMAN TURNER GORDON LLP**
Eric R. Olsen (#3127)
Jared M. Sechrist (#10439)
7251 Amigo Street, Ste 210
Las Vegas, NV 89119

**PERKINS COIE LLP**
Jerry A. Riedinger (*Pro Hac Vice*)
R. Tyler Kendrick (*Pro Hac Vice*)
Jessica J. Delacenserie (*Pro Hac Vice*)
Cory N. Owan (*Pro Hac Vice*)
1201 Third Avenue, Ste 4900
Seattle, WA 98101

*Attorneys for Plaintiff and Counterdefendants*

**BAKER & HOSTETLER LLP**

/s/ Jennifer M. Kurcz
Leif R. Sigmond, Jr. (*Pro Hac Vice*)
Jennifer M. Kurcz (*Pro Hac Vice*)
Scott A. Skiles (*Pro Hac Vice*)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841

Alaina J. Lakawicz (*Pro Hac Vice*)
Robert P. Leeson (*Pro Hac Vice*)
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501

**RICE REUTHER SULLIVAN & CARROLL, LLP**

David A. Carroll (NSB #7643)
Anthony J. DiRaimondo (NSB #10875)
Robert E. Opdyke (NSB #12841)
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, Nevada 89169

*Attorneys for Defendant and Counterclaimant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

David A. Carroll (dcarroll@rrsc-law.com)
Anthony J. DiRaimondo (adiraimondo@rrsc-law.com)
Robert E. Opdyke (ropdyke@rrsc-law.com)

-and-

**BAKER & HOSTETLER LLP**

Leif R. Sigmond, Jr. (lsigmond@bakerlaw.com)
Jennifer M. Kurcz (jkurcz@bakerlaw.com)
Scott A. Skiles (sskiles@bakerlaw.com)
Alaina J. Lakawicz (alakawicz@bakerlaw.com)
Robert P. Leeson (rleeson@bakerlaw.com)

             */s/ Jerry A. Riedinger*
             Jerry A. Riedinger