LEIF R. SIGMOND, JR.
*Pro hac vice*
Email: lsigmond@bakerlaw.com
JENNIFER M. KURCZ
*Pro hac vice*
Email: jkurcz@bakerlaw.com
SCOTT A. SKILES
*Pro hac vice*
Email: sskiles@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
Telephone: (312) 416-6200
ALAINA J. LAKAWICZ
*Pro hac vice*
Email: alakawicz@bakerlaw.com
ROBERT P. LEESON
*Pro hac vice*
Email: rleeson@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

*NEVADA LOCAL COUNSEL LISTED IN SIGNATURE BLOCK BELOW*

*Attorneys for Defendant and Counterclaim Plaintiff IGT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACRES 4.0,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>IGT,<br><br>   Defendant and Counterclaim Plaintiff,<br><br>   v.<br><br>Acres Manufacturing Company, John F. Acres,<br><br>   Counterclaim Defendants. | Case No.: 2:21-cv-01962-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR IGT'S RESPONSE TO, AND ACRES' REPLY IN SUPPORT OF, ACRES' MOTION TO DISMISS IGT'S SECOND AMENDED COUNTERCLAIMS REGARDING FOUNDATION HQ™ AND THE '502 PATENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, the Parties, by and through their undersigned counsel, hereby stipulate to and request that Defendant and Counterclaim Plaintiff IGT has an extension of time to respond to Plaintiff Acres 4.0 and Counterdefendants Acres Manufacturing Corporation and John F. Acres (collectively "Acres") Motion to Dismiss IGT's Second Amended Counterclaims Regarding Foundation HQ™ and the '502 Patent (ECF No. 184).  This is the first request to extend time to respond to Acres' Motion to Dismiss.  Acres filed its Motion to Dismiss on January 25, 2024, and the current deadline to respond is February 8, 2024.  The Parties stipulate to and request a fourteen-day extension for IGT's response brief, up to and including February 22, 2024.

The Parties, by and through their undersigned counsel, hereby stipulate to and request that Acres have an extension of time to file its reply in support of its Motion to Dismiss (ECF No. 184). This is the first request to extend time to file a reply in support of Acres' Motion to Dismiss.  Acres filed its Motion to Dismiss on January 25, 2024.  Its current deadline to file a reply is February 15, 2024. Assuming the Court grants IGT's requested extension to February 22, 2024, Acres' deadline to file a reply would be February 29, 2024.  However, the Parties stipulate to and request a seven-day extension for Acres' reply brief, up to and including March 7, 2024.

There is good cause to grant the proposed extensions—namely overlapping deadlines in this case, prior commitments in other pending matters, and personal commitments of counsel.

DATED: February 2, 2024

**BAKER & HOSTETLER LLP**

/s/ Jennifer M. Kurcz
Leif R. Sigmond, Jr. (*Pro Hac Vice*)
Jennifer M. Kurcz (*Pro Hac Vice*)
Scott A. Skiles (*Pro Hac Vice*)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841

Alaina J. Lakawicz (*Pro Hac Vice*)
Robert P. Leeson (*Pro Hac Vice*)
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501

**RICE REUTHER SULLIVAN & CARROLL,**

|   |   |
|---|---|
| 1 | **LLP** |
| 2 | David A. Carroll (NSB #7643) |
| 3 | Anthony J. DiRaimondo (NSB #10875)<br>Robert E. Opdyke (NSB #12841) |
|   | 3800 Howard Hughes Parkway, Ste 1200 |
| 4 | Las Vegas, Nevada 89169 |
| 5 | *Attorneys for Defendant and Counterclaim Plaintiff* |

*/s/ Jerry A. Riedinger*
**GARMAN TURNER GORDON LLP**
Eric R. Olsen (#3127)
Jared M. Sechrist (#10439)
7251 Amigo Street, Ste 210
Las Vegas, NV 89119

**PERKINS COIE LLP**
Jerry A. Riedinger (*Pro Hac Vice*)
Kevin A. Zeck (*Pro Hac Vice*)
R. Tyler Kendrick (*Pro Hac Vice*)
Jessica J. Delacenserie (*Pro Hac Vice*)
Cory N. Owan (*Pro Hac Vice*)
1201 Third Avenue, Ste 4900
Seattle, WA 98101

*Attorneys for Plaintiff and Counterdefendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2024

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**GARMAN TURNER GORDON LLP**

Eric R. Olsen (eolsen@gtg.legal)
Jared M. Sechrist (jsechrist@gtg.legal)

-and-

**PERKINS COIE LLP**

Jerry A. Riedinger (jriedinger@perkinscoie.com)
Kevin A. Zeck (KZeck@perkinscoie.com)
R. Tyler Kendrick (rkendrick@perkinscoie.com)
Jessica J. Delacenserie (JDelacenserie@perkinscoie.com)
Cory N. Owan (COwan@perkinscoie.com)

*/s/ Jennifer M. Kurcz*
Jennifer M. Kurcz