# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGT, a Nevada Corporation,<br><br>　　　　Defendant.<br><br>IGT, a Nevada Corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>ACRES 4.0, a Nevada Corporation; Acres Manufacturing Company, a Washington Corporation; and John F. Acres, an individual,<br><br>　　　　Counterdefendants. | Case No. 2:21-cv-01962-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SERVE AMENDED NON-INFRINGEMENT, INVALIDITY, AND UNENFORCEABILITY CONTENTIONS**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1 and LR IA 6-2, the Parties, by and through their undersigned counsel, hereby stipulate to and request that Plaintiff and Counterdefendant Acres 4.0, and Counterdefendants Acres Manufacturing Co. and John F. Acres (collectively "Acres") have an extension of time to respond to Defendant IGT's amended infringement contentions and serve its amended non-infringement, invalidity, and unenforceability contentions, and corresponding LPR 1-9 document production.  This is the first request to extend the time for this deadline.  Pursuant to the Stipulated Scheduling Order (ECF No. 179), IGT served its amended infringement contentions on February 8, 2024.  The current deadline for Acres to serve its non-infringement, invalidity, and unenforceability contentions and corresponding LPR 1-9 document production is March 25, 2024.  The Parties stipulate to and request a fourteen day extension, up to and including **April 8, 2024**.

　　　　There is good cause to grant the proposed extension, due to the Parties' continued settlement negotiations to potentially resolve the issues of this matter.

STIPULATED AND AGREED to this 22nd day of March 2024.

| | |
|---|---|
| **GARMAN TURNER GORDON LLP** | **RICE REUTHER SULLIVAN & CARROLL, LLP** |
| By: /s/ Eric R. Olsen<br>Eric R. Olsen (#3127)<br>Jared M. Sechrist (#10439)<br>7251 Amigo Street, Ste 210<br>Las Vegas, NV 89119 | By: /s/ Jennifer M. Kurcz<br>David A. Carroll (#7643)<br>Anthony J. DiRaimondo (#10875)<br>Robert E. Opdyke (#12841)<br>3800 Howard Hughes Parkway, Ste 1200<br>Las Vegas, NV 89169 |
| **PERKINS COIE LLP**<br>Jerry A. Riedinger (*Pro Hac Vice*)<br>Kevin A. Zeck (*Pro Hac Vice* submitted)<br>R. Tyler Kendrick (*Pro Hac Vice*)<br>Jessica J. Delacenserie (*Pro Hac Vice*)<br>Cory N. Owan (*Pro Hac Vice*)<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101 | **BAKER & HOSTETLER LLP**<br>Leif R. Sigmond, Jr. (*Pro Hac Vice*)<br>Jennifer M. Kurcz (*Pro Hac Vice*)<br>Scott A. Skiles (*Pro Hac Vice*)<br>One North Wacker Drive, Suite 4500<br>Chicago, IL 60606<br><br>Alaina J. Lakawicz (*Pro Hac Vice*)<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103 |
| *Attorneys for Plaintiff and Counterdefendants* | *Attorneys for Defendant and Counterclaimant* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/25/2024