**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IGT, a Nevada Corporation,<br><br>    Defendant.<br><br>IGT, a Nevada Corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACRES 4.0, a Nevada Corporation; Acres Manufacturing Company, a Washington Corporation; and John F. Acres, an individual,<br><br>    Counterdefendants. | Case No. 2:21-cv-01962-GMN-BNW<br><br>**STIPULATION AND ORDER TO 1) EXTEND TIME TO SERVE AMENDED NON-INFRINGEMENT, INVALIDITY, AND UNENFORCEABILITY CONTENTIONS 2) EXTEND TIME TO COMPLY WITH ORDER (ECF NO. 217) AND 3) RESET HEARING SCHEDULED FOR APRIL 19, 2024**<br><br>**(SECOND REQUEST) AND (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, the Parties, by and through their undersigned counsel, hereby stipulate to and request that Plaintiff and Counterdefendant Acres 4.0, and Counterdefendants Acres Manufacturing Co. and John F. Acres (collectively "Acres") have an extension of time to respond to Defendant IGT's amended infringement contentions and serve its amended non-infringement, invalidity, and unenforceability contentions, and corresponding LPR 1-9 document production.  This is the second request to extend the time for this deadline.  Pursuant to the Stipulated Scheduling Order (ECF No. 179), IGT served its amended infringement contentions on February 8, 2024.  The original deadline for Acres to serve its non-infringement, invalidity, and unenforceability contentions and corresponding LPR 1-9 document production was March 25, 2024. The Parties stipulated to a fourteen day extension in their first request, which was granted on March 25.  ECF No. 219.  The current deadline for Acres to serve its non-infringement, invalidity, and unenforceability contentions and corresponding LPR 1-9 document production is April 8, 2024. The Parties stipulate to and request a fourteen day extension, up to and including **April 22, 2024**.

Additionally, Acres requests a fourteen day extension to comply with the supplementation

ordered at the Court's March 19, 2024 hearing. ECF No. 217. The current deadline for Acres to provide supplementation is April 8, 2024. Acres requests that the compliance deadline be extended up to and including **April 22, 2024.** This is the first request for such extension.

Finally, the Parties jointly request that the Court reset the hearing on IGT's Motion to Strike Answer to Counterclaim (ECF No. 192) currently scheduled for April 19, 2024 (ECF No. 220). The Parties request that the hearing date be extended by at least fourteen days, i.e., to **May 3, 2024**, or later. This is the Parties' first request for the hearing to be reset.

There is good cause to grant the proposed extensions, due to the Parties' continued settlement negotiations to potentially resolve the issues of this matter.

STIPULATED AND AGREED to this 8th day of April 2024.

| | |
|---|---|
| **GARMAN TURNER GORDON LLP** | **RICE REUTHER SULLIVAN & CARROLL, LLP** |
| By: */s/ Eric R. Olsen*<br>Eric R. Olsen (#3127)<br>Jared M. Sechrist (#10439)<br>7251 Amigo Street, Ste 210<br>Las Vegas, NV 89119 | By: */s/ Jennifer M. Kurcz*<br>David A. Carroll (#7643)<br>Anthony J. DiRaimondo (#10875)<br>Robert E. Opdyke (#12841)<br>3800 Howard Hughes Parkway, Ste 1200<br>Las Vegas, NV 89169 |
| **PERKINS COIE LLP**<br>Jerry A. Riedinger (*Pro Hac Vice*)<br>Kevin A. Zeck (*Pro Hac Vice* submitted)<br>R. Tyler Kendrick (*Pro Hac Vice*)<br>Jessica J. Delacenserie (*Pro Hac Vice*)<br>Cory N. Owan (*Pro Hac Vice*)<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101 | BAKER & HOSTETLER LLP<br>Leif R. Sigmond, Jr. (Pro Hac Vice)<br>Jennifer M. Kurcz (Pro Hac Vice)<br>Scott A. Skiles (Pro Hac Vice)<br>One North Wacker Drive, Suite 4500<br>Chicago, IL 60606<br><br>Alaina J. Lakawicz (Pro Hac Vice)<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103 |
| *Attorneys for Plaintiff and Counterdefendants* | *Attorneys for Defendant and Counterclaimant* |

**IT IS ORDERED** that the hearing presently scheduled for 4/19/2024 is VACATED and CONTINUED to 5/23/2024 at 10:00 a.m.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: 4/10/2024

- 2 -