# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACRES 4.0, a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>IGT, a Nevada Corporation,<br><br>    Defendant.<br><hr>IGT, a Nevada Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>ACRES 4.0, a Nevada Corporation; Acres Manufacturing Company, a Washington Corporation; and John F. Acres, an individual,<br><br>    Counterdefendants. | Case No. 2:21-cv-01962-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

    Plaintiff and Counterdefendant Acres 4.0 and Counterdefendants Acres Manufacturing Co. and John F. Acres (collectively "Acres") and Defendant and Counterclaimant IGT (collectively "the Parties") by and through their undersigned counsel hereby stipulate and respectfully request that the Court order the dismissal of this Action in its entirety and without prejudice, inclusive of all claims and counterclaims asserted by IGT and all claims and counterclaims asserted by Acres, with each party to bear its own attorneys' fees and costs.  The Parties respectfully request that IGT's Motion to Seal (ECF No. 201) be granted for the reasons stated therein.  The Parties respectfully request that all other pending motions be denied as moot in light of the Parties' Stipulation to Dismiss Without Prejudice (including but not limited to Acres' Motion to Dismiss (ECF No. 184) and IGT's Motion to Strike (ECF No. 192)), and that all pending deadlines be vacated.

…

…

…

STIPULATED AND AGREED to this 15th day of April 2024.

| | |
|---|---|
| **GARMAN TURNER GORDON LLP** | **RICE REUTHER SULLIVAN & CARROLL, LLP** |
| By: /s/ Eric R. Olsen<br>Eric R. Olsen (#3127)<br>Jared M. Sechrist (#10439)<br>7251 Amigo Street, Ste 210<br>Las Vegas, NV 89119 | By: /s/ Anthony J. DiRaimondo<br>David A. Carroll (#7643)<br>Anthony J. DiRaimondo (#10875)<br>Robert E. Opdyke (#12841)<br>3800 Howard Hughes Parkway, Ste 1200<br>Las Vegas, NV 89169 |
| **PERKINS COIE LLP**<br>Jerry A. Riedinger (*Pro Hac Vice*)<br>Kevin A. Zeck (*Pro Hac Vice* submitted)<br>R. Tyler Kendrick (*Pro Hac Vice*)<br>Jessica J. Delacenserie (*Pro Hac Vice*)<br>Cory N. Owan (*Pro Hac Vice*)<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101 | BAKER & HOSTETLER LLP<br>*Leif R. Sigmond, Jr. (Pro Hac Vice)*<br>*Jennifer M. Kurcz (Pro Hac Vice)*<br>*Scott A. Skiles (Pro Hac Vice)*<br>*One North Wacker Drive, Suite 4500*<br>*Chicago, IL 60606*<br><br>*Alaina J. Lakawicz (Pro Hac Vice)*<br>*1735 Market Street, Suite 3300*<br>*Philadelphia, PA 19103* |
| *Attorneys for Plaintiff and Counterdefendants* | *Attorneys for Defendant and Counterclaimant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2024